United States District Court
for the District of
Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

NOV 17 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

Marjoe Smith  plaintiff

Case No 5:25-cv-131-DCB-RPM

v.

Dustin Barefield
Mark Chambers

Complaint for Violation of
Civil Rights

Come Now Marjoe Smith a pro se
plaintiff files this complaint under
42 U.S.C § 1983 as follows:

I.  The parties to This Complaint

    A. The Plaintiff(s)

                   Marjoe H. M. Smith
                   Lincoln County Jail
                   215 Justice St
                   Brookhaven, MS 39601

    B. The Defendant(s)
                   Brookhaven, Police Department
Individual capacity   Dustin Barefield
     and           Cheif of Police
Official capacity     Brookhaven, MS 39601


Individual capacity   Brookhaven Police Department
     and           Mark Chambers
Official capacity     Police Detective
                   Brookhaven, MS 39601

## II   Basis for Jurisdiction

Under 42 U.S.C § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."

A.  State and Local officials (a § 1983 claim)

B.  Federal constitutional or statutory right(s) claimed is/are being violated by state or local officials are as follow;
   1. Right to be free from cruel and unusal punishment
   2. Right to due-process of law

D.  Defendant Dustin Barefield the Brookhaven, Mississippi Police Cheif executed a Search without proper warrants and neglected the personal property of the plaintiff here-in.

Defendant Mark Chambers a Detective for the Brookhaven, Missippi Police Dept. executed a search without proper warrants with neglect of personal property, perjury, Obstruction of Justice, Tampering

and intimidation and conspiracy

III. Prisoner Status

I, Smith is being held in the Lincoln county jail at this time without any indictment, legal counsel, court date, and an 150,000.00$ bond that is unpayable by the plaintiff.

IV. Statement of Claim

A. Dustin Barefield led a search team to 819 Robertson St; Brookhaven, MS 39601 This is a residence the plaintiff does not live. The plaintiff did not recieve or view a warrant and personal items was taken and not returned. I was then taken to jail after officers found marijuana, and gun. The home resident told Barefield the items found did belong to them. Barefield then allow officers to search the plaintiffs truck. Before the search was finished the plaintiff was taken to jail. The keys to my truck was left in the truck and the truck was stolen from the property. Vehicle has been recovered with items missing (see list in Relief).

B. Detective Mark Chambers went back to the house a few days later around September 15, 2025 and told Myra J. London "if her daughter (Alison London) put all the evidence found on the plaintiff they would drop all charges against her". Chambers also told other friends of the plaintiff that if the helped plaintiff in any form they will hurt them as well. On October 15, 2025 Chambers did perjure himself on stand in the Municipal Court in Brookhaven Mississippi. Testifing that Myra London told him the plaintiff did live at her resident. Myra London testified in open court I did not live there.

C. The date and time of the events herein are as follow: On or about Sept. 10, 2025 and October 15, 2025.
September events happen around 9:00 pm while the October events happened in court around 10:00am

D. I, Smith was jailed without proper cause on a warrant that should be illegal. Myra London and Alison London was at the resident at the time of the warranted search. None of us ever saw the warrant and the police video footage will show that I was removed from the resident before the search started.

## V    Injuries

Because of the incarceration I have lost revenue from self employment remodeling jobs. Work equipment stolen. Mental depression, high blood pressure which has caused me to be placed on medication by the Jail medical doctor William Hay.

## VI    Relief

The plaintiff would like to be reinbured for all missing property and work revenue. Tools missing from truck, cell phone not returned, personal items missing from glove box and arm rest.
Plaintiff is not sure of all missing items because of my incarceration in the jail.
The revenue from work is about 3000.00$ dollars a week since September 10, 2025.
Punitive damages should be 150,000.00$ dollars as bail is held. (See Bond)
All court cost and fees along with future medical exspences should also be paid by defendants

## VII  Exhaustion of Administrative Remedies

There is no grievance procedures against the Police Department. None of the issues in this complaint happen in a jail or correctional facility. I have no access to a law library or legal counsel

## VIII  Previous Lawsuits

I, Smith have no previous law suits concerning this matter

## IX  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or

discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I, agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file withe the Clerk's Office may result in the dismissal of my case.

Date of signing

signature of Plaintiff          Marjoe Smith

printed name of plaintiff      Marjoe Smith

address                        215 Justice St
                               Brookhaven, MS 39601